**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| William Pomerantz | ) | Case Number: 19-45265-399 |
| | ) | |
| Carol Pomerantz | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Motion to Lift Stay filed by |
| Debtors | ) | U.S. Bank National Association |
| | ) | |
| U.S. Bank National Association | ) | |
| | ) | Millsap & Singer, LLC |
| Movant, | ) | 612 Spirit Drive |
| | ) | St. Louis, MO 63005 |
| vs. | ) | (636) 537-0110 |
| | ) | |
| William Pomerantz | ) | **Hearing Date: October 10, 2019** |
| | ) | **Hearing Time: 2:00 PM** |
| Carol Pomerantz | ) | **Objection Deadline: October 3, 2019** |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Tracy A. Brown | ) | |
| | ) | |
| Trustee | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**NOTICE OF HEARING AND**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY**

**OCTOBER 3, 2019. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS. THE HEARING TO BE HELD ON THE DATE AND TIME ABOVE BEFORE THE HONORABLE BARRY S. SCHERMER, IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF MISSOURI, THOMAS F. EAGLETON U.S. COURTHOUSE, 111 SOUTH TENTH STREET, FLOOR 5, NORTH COURTROOM, ST. LOUIS, MO 63102.**

COMES NOW, U.S. Bank National Association and for its Motion for Relief from Automatic Stay states as follows:

1. On August 22, 2019, Debtors filed a Petition under Chapter 7 of the Bankruptcy Code. Tracy A. Brown is the duly appointed and qualified Trustee in this case.

2. U.S. Bank National Association is the holder of a secured claim in this proceeding by virtue of one Promissory Note dated August 18, 2003 in the original principal amount of $233,000.00. A copy of said Note has been electronically attached to this document as Exhibit A and is made a part hereof by this reference.

3. Said Note is secured by a Deed of Trust dated August 18, 2003 and recorded in Book 15256, Page 1081 constituting a first lien on real estate owned by the Debtors. Said property being commonly known as 14042 Boxford Court, Chesterfield, MO 63017; more particularly described as follows:

> LOT 43 OF GREEN TRAILS COUNTRY CLUB GROUNDS PLAT ONE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 219 PAGE(S) 54, 55 AND 56 OF THE ST. LOUIS COUNTY RECORDS.

MS 199458.403163



A copy of said Deed of Trust, which is recorded in the St. Louis County Recorder of Deeds Office, has been electronically attached to this document as Exhibit B and is made a part hereof by this reference.

4. Movant seeks to enforce said Note and Deed of Trust as by law allowed. No creditor or Trustee of the estate has any interest in said realty superior to the rights of Movant.

5. This Court previously entered its Order pursuant to 11 U.S.C. Section 362(a) prohibiting, among other things, any act to enforce any lien against the property of the estate and any act to obtain possession of property of the estate.

6. Debtors executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

7. As of August 27, 2019, the approximate pay off on said note was as follows:

| | |
|---|---|
| Principal | $168,798.36 |
| Accrued Interest | $3,117.87 |
| Escrow Advance | $2,197.68 |
| Total Debt | $174,113.91 |

8. The fair market value of the Property is $370,000.00. The basis for such valuation is the Schedules of the Debtors. Movant requests the Court take judicial notice of the schedules filed by the Debtors.

9. Monthly payments are owing and delinquent from June 1, 2019. The following are the payments that are delinquent as of August 27, 2019:

| | |
|---|---|
| 3 payments @ $1,662.29 | $4,986.87 |
| Total Arrearages | $4,986.87 |



MS 199458.403163

Monthly payments will continue to accrue under the terms of the Note. The next payment under the terms of the Note will come due on September 1, 2019 and is in the amount of $1,662.29.

10. The aforesaid realty has depreciated in value while in possession of the Debtors. The Statement of Intention fails to list the Property.

11. Good and sufficient cause exists in this case to modify the automatic stay of Section 362 for the reason that:

(a) Payments to U.S. Bank National Association have not been made by the Debtors.

(b) U.S. Bank National Association does not have adequate protection for its interest in said real estate.

(c) If U.S. Bank National Association is not permitted to foreclose its security interest in said real estate, it will suffer irreparable injury, loss and damage.

12. Movant specifically requests permission from this Honorable Court to communicate with Debtors and Counsel for Debtors to the extent provided for under applicable nonbankruptcy law to discuss loss mitigation options including alternatives to foreclosure.

WHEREFORE, Movant prays that this Court terminate the automatic stay in regard to the realty in order to permit Movant, or its successors and assigns to proceed with foreclosure on the aforesaid property, to pursue its remedies under state law in connection with the aforesaid Deed of Trust and Note, and to pursue its remedies under state law for possession of said property after foreclosure to proceed with any foreclosure alternatives and for an order that the relief from the automatic stay is not stayed pursuant to Rule 4001 for fourteen (14) days, that the property be deemed abandoned by the Chapter 7 Trustee as an asset of the bankruptcy estate effective upon entry of the Court's Order and for such other relief as is appropriate and just.

MS 199458.403163



Dated September 10, 2019

        Respectfully Submitted:
        Millsap & Singer, LLC

        <u>*/s/ Holli E. Dethrow*</u>
        Cynthia M. Kern Woolverton, #47698, #47698MO
        Stewart C. Bogart, #67956, #67956MO
        Muhammad Esa Ahmed, #70619, #70619MO
        Holli E. Dethrow, #70649, #70649MO
        Christopher D. Lee, #63024, #63024MO
        612 Spirit Drive
        St. Louis, MO
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for U.S. Bank National Association

MS 199458.403163

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on September 10, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                            */s/ Holli E. Dethrow*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Robert E. Eggmann
    ree@carmodymacdonald.com

    Tracy A. Brown
    tbrownfirm@bktab.com

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    William Pomerantz
    Carol Pomerantz
    14042 Boxford Ct
    Chesterfield, MO 63017

    Lindell Bank
    P.O. Box 211
    Saint Louis, MO 63166

MS 199458.403163

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| William Pomerantz ) | Case Number: 19-45265-399 |
| ) | |
| Carol Pomerantz ) | |
| ) | Chapter 7 |
| ) | |
| ) | Motion to Lift Stay filed by |
| Debtors ) | U.S. Bank National Association |
| ) | |
| U.S. Bank National Association ) | |
| ) | Millsap & Singer, LLC |
| Movant, ) | 612 Spirit Drive |
| ) | St. Louis, MO 63005 |
| vs. ) | (636) 537-0110 |
| ) | |
| William Pomerantz ) | |
| ) | |
| Carol Pomerantz ) | |
| ) | |
| ) | |
| and ) | |
| ) | |
| Tracy A. Brown ) | |
| ) | |
| Trustee ) | |
| ) | |
| Respondents ) | |
| ) | |

**SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE**

The following exhibits in reference to the Motion for Relief have been electronically attached as Exhibits and are available upon request in their entirety.

       A.    Note
       B.    Deed of Trust

Respectfully Submitted:

MS 199458.403163

        Millsap & Singer, LLC

        <u>*/s/ Holli E. Dethrow*</u>
        Cynthia M. Kern Woolverton, #47698, #47698MO
        Stewart C. Bogart, #67956, #67956MO
        Muhammad Esa Ahmed, #70619, #70619MO
        Holli E. Dethrow, #70649, #70649MO
        Christopher D. Lee, #63024, #63024MO
        612 Spirit Drive
        St. Louis, MO
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for U.S. Bank National Association

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of all documents supporting my Motion for Relief referenced above, including legible copies of all documents evidencing perfection of security interests have been served on the Trustee and Counsel for the Debtors on September 10, 2019  Copies of the above documents are available to other parties in interest upon request.

        <u>*/s/ Holli E. Dethrow*</u>

MS 199458.403163

